John Deegan, an Infant, etc., Appellant, v. Homer C. Newton, Respondent.— The appellant has failed to show any merits, as required by the special rule of this court, adopted October 4, 1910. (See, also, *Schorr* v. *Weisfeld, ante,* p. 899, decided May 8, 1914.) Decision of the

———

* See Consol. Laws, chap. 13 (Laws of 1909, chap. 18), § 98, subd. 5.—[REP.

motion held for one week for the presentation of proper papers. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Arthur Gabie, Appellant, v. Homer C. Newton, Respondent.— The appellant has failed to show any merits as required by the special rule of this court adopted October, 4, 1910. (See, also, *Schorr* v. *Weisfeld*, *ante*, p. 899, decided May 8, 1914.) Decision of the motion held for one week for the presentation of proper papers. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.